UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKE JOHANNS, Secretary of the Department of Agriculture** : : **Plaintiff** : : vs. : **OLA MAE LEFLORE** : : **Defendant** : : | Case No: 1:06CV00241 Judge: Paul L. Friedman |

**CONSENT MOTION TO ENLARGE TIME**
**FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

The Defendant, Ola Mae LeFlore, by counsel, David J. Frantz, respectfully moves this Court for an enlargement of time to and including March 22, 2006 for the filing of her response to the Complaint in this matter. The Defendant was served with the Complaint on February 17, 2006 and her response is due March 8, 2006. The parties are currently engaged in negotiations to resolve this matter and additional time is necessary to conclude the settlement discussions.

Undersigned counsel has been authorized by Plaintiff's counsel to represent to the Court that the Plaintiff consents to this motion.

Respectfully submitted,

CONLON, FRANTZ, PHELAN & PIRES, LLP

By: _____/s/_____
David J. Frantz DC Bar #202853
1818 N Street, N.W. - Suite 700
Washington, DC 20036
(202) 331-7050
*Counsel for Defendant*