**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MIKE JOHANNS, Secretary of the** | : | |
| **Department of Agriculture** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **Case No: 1:06CV00241** |
| | : | **Judge: Paul L. Friedman** |
| **OLA MAE LEFLORE** | : | |
| **Defendant** | : | |
| | : | |

**ORDER**

This matter is before the Court on the Defendant's Consent Motion to Enlarge Time to File a Response to the Complaint. The Defendant requests an extension to and including March 22, 2006 for the filing of her response. The Plaintiff consents to the Motion. It appearing that the motion should be granted, it is

ORDERED that the Defendant be and hereby is granted an enlargement of time to and including March 22, 2006 within which to file her response to the Complaint.

Entered this ___ day of March, 2006.

_____
Paul L. Friedman
United States District Judge