UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MIKE JOHANNS, Secretary of the Department of Agriculture** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No: 1:06CV00241 |
| | : | Judge: Paul L. Friedman |
| **OLA MAE LEFLORE** | : | |
| | : | |
| Defendant | : | |
| | : | |

**CONSENT MOTION FOR ADDITIONAL ENLARGEMENT OF TIME
FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

The Defendant, Ola Mae LeFlore, by counsel, David J. Frantz, respectfully moves this Court for an additional enlargement of time to and including April 3, 2006 for the filing of her response to the Complaint in this matter. The Defendant was served with the Complaint on February 17, 2006 and her response was due on March 8, 2006. The Court previously granted Defendant's consent motion for an enlargement of time to March 22, 2006. The parties have reached a settlement agreement to resolve this matter and are in the process of completing the settlement documents. It is expected that all documents will be finalized within the next ten (10) days or less, and that this action will then be dismissed.

Undersigned counsel has been authorized by Plaintiff's counsel to represent to the Court that the Plaintiff consents to this motion.

Respectfully submitted,

CONLON, FRANTZ, PHELAN & PIRES, LLP


By: _____/s/_____
   David J. Frantz DC Bar #202853
   1818 N Street, N.W. - Suite 700
   Washington, DC 20036
   (202) 331-7050
   *Counsel for Defendant*