## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKE JOHANNS, Secretary of the Department of Agriculture, | ) ) ) ) ) ) ) ) ) ) ) ) | Civ. A. No. 1:06-CV-00241-PLF |
| Plaintiff, |  |  |
| vs. |  |  |
| OLA MAE LEFLORE, |  |  |
| Defendant. |  |  |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(i), plaintiff Mike Johanns, through his undersigned counsel, hereby files this Notice of Dismissal with Prejudice of the above-captioned action, consistent with the terms of the Global Settlement Agreement attached as Exhibit 1.  Plaintiff and defendant, Ola Mae LeFlore, have reached an agreement to settle this litigation.  The parties agree that each will bear its own costs, expenses, and attorneys' fees.

A proposed order is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH WAINSTEIN
United States Attorney

*Brian G. Kennedy*
MICHAEL SITCOV
BRIAN G. KENNEDY
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W.
P.O. Box 883 Ben Franklin Station
Washington D.C. 20044
Tel.: (202) 514-1944; Fax: (202) 616-8202
michael.sitcov@usdoj.gov

*Attorneys for Plaintiff*