UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKE JOHANNS, Secretary of the Department of Agriculture, | )<br>)<br>)<br>) | Civ. A. No. 1:06-CV-00241-PLF |
| Plaintiff, | ) | |
| vs. | )<br>) | |
| OLA MAE LEFLORE, | )<br>) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the plaintiff's Notice of Dismissal with Prejudice, it is hereby

**ORDERED** that the above-captioned lawsuit is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**SO ORDERED.**

Dated: _____, 2006                           _____
                                                 PAUL L. FRIEDMAN
                                                 United States District Judge